IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No. 09-3457 JAP |
| | ) | |
| BRAD AHRENSFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she is scheduled to be on vacation June 21, 2012 through June 29, 2012. Additionally, she is scheduled to be out of the country on official duty from August 20, 2012 through August 31, 2012.  Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of these time periods.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*/s/ Electronically Filed 05/31//12*
TARA C. NEDA
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico  87102
(505) 346-7274

I certify that I filed the foregoing pleading
with the Clerk of the Court using the
CM/ECF system which is designed to serve a
copy upon counsel for Defendant.

*/s/ Electronically Filed 05/31/12*
TARA C. NEDA
Assistant United States Attorney